FILED
U.S. District Court
District of Kansas

# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

OCT 2 2015

Clerk, U.S. District Court
By_____ Deputy Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **FILED UNDER SEAL** |
| Plaintiff, | |
| v. | CASE NO. 15-M-6248-01-GEB |
| **ROQUE MATA,** | |
| Defendant. | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about September 30, 2015, in the District of Kansas, the defendant,

### ROQUE MATA,

did unlawfully, knowingly, and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing methamphetamine, a controlled substance.

In violation of Title 21, United States Code, §§ 841(a) and 841(b)(1)(A).

I further state that I am a Special Agent with the Drug Enforcement Agency, Wichita Resident Office, and that this Complaint is based on the following facts:

SEE ACCOMPANYING AFFIDAVIT, WHICH IS INCORPORATED BY REFERENCE AS THOUGH SET OUT IN FULL HEREIN.

_____
SA Charles Armour
DEA/Wichita Resident Office

Sworn to before me and subscribed in my presence this 2nd day of October, 2015, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, ROQUE MATA, committed the offense set forth in this Complaint.

_____
Honorable Gwynne E. Birzer
United States Magistrate

## AFFIDAVIT

Charles W. Armour, having been duly sworn, states the following:

1. I am a federal agent employed by the Drug Enforcement Administration (DEA) since May 4, 2014. As such, I am empowered under Title 21, United States Code, Section 878, to enforce Title 21 and other criminal laws of the United States, to make arrests and obtain and execute search, seizure, and arrest warrants. I received initial training in narcotics trafficking investigations and related legal matters at the DEA Training Academy in Quantico, Virginia. Upon graduation from the DEA Academy, I was assigned to the Wichita Resident Office.

2. Prior to my employment with the DEA, I had been employed as a federal agent with the United States Border Patrol in southern Arizona since September 11, 2006. The majority of the investigations I worked as a Law Enforcement Agent involved criminal conspiracies to smuggle, transport, or otherwise traffic in controlled substances. As a part of these investigations I have personally collected or assisted in the collection of a substantial amount of evidence showing the existence of, or participation in, a criminal conspiracy to traffic or smuggle drugs. This affidavit is being submitted in support of an application for probable cause to arrest the following defendant:

    - **Roque MATA**; for Possession of Methamphetamine with Intent to Distribute, in violation of Title 21, United States Code, Section 841.

3. The Drug Enforcement Administration (DEA) is conducting a criminal investigation of Roque MATA and others known and unknown in connection with violations of the Controlled Substances Act, including Title 21, United States Code, sections 841 (Possession with Intent to Distribute, and Distribution of, Controlled Substances), 843

(Unlawful Use of a Communication Device in Connection with Drug Trafficking), and 846 (Conspiracy to Possess and to Distribute Controlled Substances).

4. On September 30, investigators obtained a search warrant for Roque MATA's primary residence located at 5840 South Jones in Wichita, Kansas. MATA lives there with his girlfriend. At the time the search was executed no one was at the residence. The search of the residence resulted in the discovery of approximately three (3) pounds of methamphetamine. Two of the pounds were located in the closet of the master bedroom. The third pound was located in a dresser drawer in the master bedroom. Investigators also found a utility bill addressed to Roque MATA at 5840 South Jones in Wichita, Kansas found in the master bedroom.

Further affiant saith not.

SA Charles Armour
Drug Enforcement ~~Agency~~ Administration