# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**        **CASE NO.** 15-10153-01-EFM

**ROQUE MATA,**

      **Defendant.**

## INDICTMENT

The United States Attorney charges:

### COUNT 1

On or about September 30, 2015, in the District of Kansas, the defendant,

**ROQUE MATA,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing methamphetamine, a controlled substance.

In violation of Title 21, United States Code, §§ 841(a) and 841(b)(1)(A).

**A TRUE BILL.**

October 6, 2015        s/Foreperson
DATE        FOREPERSON OF THE GRAND JURY

  s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
barry.grissom@usdoj.gov

[It is requested that jury trial be held in Wichita, Kansas.]